

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2023

No. 04-23-00887-CR

Damion Bryce **PEREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR5703
Honorable Ron Rangel, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on December 6, 2023.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2023.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court